

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*NaSheena Porter Poznansky*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          *direct: (973) 645-2783*
*Newark, NJ 07102*                     *fax:   (973) 297-2010*
*NaSheena.porterpoznansky@usdoj.gov*

March 26, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *Altamirano v. Cabezas*, et al., Civ. No. 26-01168-MCA
           **Status Report Update**

Dear Judge Arleo:

      This Office represents Respondents in this habeas matter. We respectfully write pursuant to the Court's March 26, 2026, Order directing that the Petitioner be released on or before March 26, 2026, at 10:00 am. ECF No. 16. In compliance with the Order, Petitioner was released on March 26, 2026, at or around 7:55 am. We thank the Court for its consideration of this matter.

      We thank the Court for its attention to this matter.

                Respectfully submitted,

                ROBERT FRAZER
                United States Attorney

      By:   */s/ NaSheena Porter Poznansky*
           NASHEENA PORTER POZNANSKY
           Assistant U.S. Attorney
           *Attorneys for Respondents*

cc:    Counsel of record (via ECF)

      By:   *s/ NaSheena Porter Poznansky*
           NASHEENA PORTER POZNANSKY
           Assistant United States Attorney
           *Attorneys for Respondents*
            Case is closed.

cc:  Counsel of record (ECF)

           SO ORDERED

            *s/Madeline Cox Arleo*
           MADELINE COX ARLEO, U.S.D.J.

           Date:  3/26/26